■ SOPHIE BINKOW et al., as Administrators of the Estate of ABRAHAM BINKOW, Deceased, Appellants, v. ALBERT BENDER et al., Copartners Doing Business under the Name of FORT CORNER WAYNE REALTY Co., Respondents.— In an action by the administrators of a deceased party to a joint venture against the surviving members thereof for an accounting, and for other relief, the appeal is from an order (1) denying appellants' motion made pur-

suant to rules 112 and 113 of the Rules of Civil Practice for an interlocutory judgment and (2) granting respondents' cross motion for a stay of proceedings in the action until arbitration has been had. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.